PAPADAKOS, J., did not participate.

LARSEN, J., files a concurring statement.

LARSEN, Justice, concurring.

I concur in this Order on the basis of my concurring opinion in *Heckendorn v. Consolidated Rail Corporation,* 502 Pa. 101, 465 A.2d 609 (1983).

470 A.2d 969

**Re Appeal of John E. SCHEETZ, Democratic Candidate for Sheriff, From the Official Canvass of the Board of Elections of Montgomery County, Pa., of the Results from the General Election of November 8, 1983, for Sheriff of Montgomery County (No. 136).**

**Re Appeal of John E. SCHEETZ, Democratic Candidate for Sheriff, From Regulations 201 and 201.1 of the Board of Elections of Montgomery County, Pa., Issued October 27, 1983, for the General Election of November 8, 1983 (No. 137).**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1984.

Decided Feb. 17, 1984.

Philip J. Berg, Lafayette Hill, for appellant.

Parker H. Wilson, Norristown, for Frank W. Jenkins, intervenor.

Edward T. Bresnan, King of Prussia, for Montgomery Cty. Bd. of Elections.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

240

■■■■■■

ORDER

PER CURIAM:
Orders affirmed.

■■■■■■

470 A.2d 1337

**Joseph D. McMAHON, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 12, 1983.
Decided Dec. 29, 1983.

